**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> Mirabilis Ventures, Inc., ) <br> ) <br>     Debtor. ) <br> _____) <br> Mirabilis Ventures, Inc., ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> O2 HR, LLC, ) <br> ) <br>     Defendant. ) <br> _____) | Case No. 6:08-bk-04327-KSJ <br><br> Chapter 11 <br><br><br> Adv. Pro. No: |

## **COMPLAINT**

Plaintiff, MIRABILIS VENTURES, INC., a Nevada corporation, ("Mirabilis"), by and through undersigned counsel, hereby sues Defendant, O2 HR, LLC, an Illinois limited liability company, ("O2 HR") and alleges:

1. Mirabilis is a Nevada corporation with its principal place of business located in Orange County, Florida.

2. National Med-Staff, Inc, a Georgia corporation ("National Med-Staff"), is a wholly-owned subsidiary of Mirabilis.

3. O2 HR is an Illinois limited liability company with its principal place of business located in Hillsborough County, Florida.

- 2 -

4. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This proceeding is a non-core proceeding pursuant to 28 U.S.C. § 157(b)(4) and Mirabilis consents to entry of final orders or judgment by the bankruptcy judge.

5. Pursuant to 28 U.S.C. § 1391, venue is proper as O2 HR resides in this judicial district and a substantial part of the events or omissions giving rise to the claims contained herein occurred in this judicial district.

6. On or about May 1, 2007, O2 HR and National Med-Staff entered into an Asset Purchase Agreement (the "Purchase Agreement"). A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit #1** and incorporated herein by this reference.

7. On or about May 1, 2007, O2 HR and National Med-Staff also entered into an Assumption and Assignment Agreement (the "Assignment"). A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit #2** and incorporated herein by this reference.

8. On or about June 1, 2007, O2 HR executed and delivered a Promissory Note to National Med-Staff in the amount of $188,300.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit #3** and incorporated herein by this reference.

9. Mirabilis owns the Note and is entitled to enforce the Note under Florida law.

10. O2 HR failed to pay the installment payment due on the Note on June 1, 2007 and Mirabilis has elected to accelerate payment of the balance due on the Note, pursuant to its terms.

11. The principal amount of the indebtedness is $188,300.00. As of the date of the filing of this Complaint, O2 HR owes Mirabilis $258,502.37, representing principal and interested accrued from default.

12. Mirabilis has retained undersigned counsel to represent it in this lawsuit and such counsel is entitled to a reasonable fee for their services.

- 3 -

13.     All conditions precedent to the institution of this lawsuit have been performed, satisfied, excused, or waived.

WHEREFORE, Mirabilis demands judgment against O2 HR for damages, prejudgment and postjudgment interest, costs, attorney's fees, and such other and further relief as this Court deems proper.

    /s/ Damien H. Prosser
DAMIEN H. PROSSER
Florida Bar No. 0017455
dprosser@shutts.com
ERIC S. ADAMS
Florida Bar No. 0090476
eadams@shutts.com
SHUTTS & BOWEN LLP
100 South Ashley Drive, Suite 1500
Tampa, Florida 33602
Telephone:  (813) 229-8900
Facsimile:   (813) 229-8901
Attorneys for Mirabilis Ventures, Inc.