

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

10/20/2010 1:00 PM

COURTROOM Courtroom B, 5th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 6:08-bk-04327-KSJ | 6/30/2009 |

**ADVERSARY:** 6:09-ap-00814-KSJ    **Pltf Atty:** Damien Prosser

**Dft Atty:** Michael Addison

**DEBTOR:** Mirabilis Ventures, Inc

**HEARING:**

MIRABILIS VENTURES, INC. -V- O2 HR, LLC
"PRETRIAL CONFERENCE"

Unopposed Motion to Extend Time to Conduct Mediation Conference. Filed by Defendant (Doc #41)

**APPEARANCES:**
Eric Adams: Pltf
By Telephone:
Michael Addison: Def

**RULING:**

Unopposed Motion to Extend Time to Conduct Mediation Conference. Filed by Defendant (Doc #41) - Granted. Order by Adams.

Pretrial Conference is Continued to 02/10/11 at 10:00 a.m. (AOCNFNG)

Proposed Orders should be submitted within three days after the date of the hearing - Local Rule 9072-1(c)