# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 6:08-bk-04327-KSJ |
| Mirabilis Ventures, Inc., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Mirabilis Ventures, Inc., | ) | |
| | ) | Adv. Pro. No: 6:09-ap-00814-KSJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| O2 HR, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING
## UNOPPOSED MOTION TO EXTEND TIME
## TO CONDUCT MEDIATION CONFERENCE
## AND RESCHEDULING CASE MANAGEMENT CONFERENCE

**THIS CAUSE** came to be heard on October 20, 2010 upon Defendant 02HR, LLC's Motion to Extend Time to Conduct Mediation Conference, and the Court, having heard argument of counsel and reviewed the court file, it is hereby

**ORDERED and ADJUDGED** as follows:

1.     The Motion to Extend Time to Conduct Mediation Conference is hereby **GRANTED** and the deadline for mediation is January 18, 2011.

2.     The next pretrial conference is re-scheduled for February 10, 2011 at 10:00 a.m.

**DONE AND ORDERED** in chambers at Orlando, Florida on November 4, 2010.

_____
Honorable Karen S. Jennemann
United States Bankruptcy Judge

Copies to:  All parties receiving CM/ECF notification.
TPADOCS 18781649 1